# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____11-445 M_____

2) Defendant's Name:____GILLESPIE_____FRANKLIN_____
                               (Last)                   (First)                 (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:___Yes ___No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:__X__Yes ___No   Date/Time:_____5/2/11_____

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered: ✓

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived:__✓__

   (b) Removal Hearing set for:_____; or waived:_____

   (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY:____UNA DEAN_____

14) DEFENSE COUNSEL'S NAME:____KANNAN SUNDARAM_____
    Address:_____
    Bar Code:_____ CJA:____ FDNY:_X__ RET:____
    Telephone Number:(___)_____

15) LOG #: 336-338     MAG. JUDGE: JOAN M. AZRACK_____

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE