## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan M. Azrack     **DATE :** 5/20/11

**DOCKET NUMBER:** 11CR371(KAM)     **LOG #:** 11:29 – 11:31

**DEFENDANT'S NAME :** Franklin Gillespie
✓ Present   __ Not Present     ✓ Custody   __ Bail

**DEFENSE COUNSEL :** Kannan Sundaram
✓ Federal Defender   __ CJA   __ Retained

**A.U.S.A:** Michael Canty     **DEPUTY CLERK :** Felix Chin

**INTERPRETER :** _____ (Language) _____

____ Hearing held.  ____ Hearing adjourned to ____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

✓ Order of Speedy Trial entered.   Code Type ___   Start 5/20/11   Stop 6/3/11

____ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

____ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 6/3/11 @ 11:00 before Judge Matsumoto

**OTHERS :** _____