U.S.D.J. **KIYO A. MATSUMOTO**                                    DATE: **10/6/2011**

## CRIMINAL CAUSE FOR PLEADING

<u>USA - v - GILLESPIE</u>                    Docket No. **11-CR-371 [KAM]**

Defendant: **Franklin Gellispie**
  **X** present          _____ not present   **X** custody __ bail

Def. Counsel: **Kannan Sundaram**
 **X** present          _____ not present   _RET   **X** LAS __CJA

AUSA : **Michael Canty**           Deputy: **S. Jackson**

<u>Court Reporter/FTR#</u> **H. Shapiro**

✓ Case Called
___ Defendant's First Appearance
✓ Defendant:  ✓ Sworn   ___ Arraigned   ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued:_____
✓ Defendant Enters a Plea of Guilty to Count(s)  **1**  of the Indictment
✓ Court Finds Factual Basis for the Plea
✓ Sentencing is scheduled for **3/30/2012** at **11:00am**.
___ Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Court accepts the Plea of Guilty.
✓ Transcript Ordered:

✓ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections or comments to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks of receipt of the psr, the government will respond one week thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

✓ Sentencing motions/submissions or letters of support on behalf of defendant(apart from PSR objections) shall be submitted as follows:
defendant's sentencing submissions/motions shall be served and filed by **3/11/12**, the government will respond by **3/18/12**, reply by defendant, if any, shall be submitted and filed via ecf by **3/25/12**. The court respectfully request two hard courtesy copies of all sentencing submissions to be provided to chambers and one copy forwarded to the Probation Department.