# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** James Orenstein **DATE:** 9/3/14

**DOCKET NUMBER:** 11 CR 371 (KAM)   **LOG #:** 3:05- 3:28

**DEFENDANT'S NAME:** Franklin Gillespie

✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL:** Kannan Gundaram

✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** Lauren Gilbert   **DEPUTY CLERK:** C. DiLorenzo

**INTERPRETER:** _____ (Language) _____

Violation of Probation  Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the ~~indictment~~ probation violation

✓ Attorney Appointment of ✓ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 9/15/14 @10:30 before Judge Matsumoto

**OTHERS:** USPO Lee Kwall present.