**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
Attorney-in-Charge

April 4, 2015

**By ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   **U.S. v. Franklin Gillespie, 11-CR-371 (KAM)**

Dear Judge Matsumoto:

  I write, with the government's consent, to request an adjournment of the sentencing (on a violation of supervised release), which is scheduled for April 13, 2015. A trial that I had anticipated would end before last week was unexpectedly rescheduled and took up the entirety of last week, when my sentencing submission was due. Additionally, I have not yet received the updated memorandum that the Probation Department was supposed to provide by March 25th.

  As I will be out of the office the week of April 6, I am requesting that the sentencing be adjourned to th week of April 27 or later. I apologize for the delay in making this request, and I thank the Court for its consideration.

Respectfully submitted,

/s/

Kannan Sundaram
Assistant Federal Defender
(718) 330-1203

cc:   Michael Canty
   Assistant U.S. Attorney