## Federal Defenders
### OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY  11201
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
Attorney-in-Charge

May 31, 2015

**By ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

      Re:    United States v. Franklin Gillespie
                 11-CR-371 (KAM)

Dear Judge Matsumoto:

      I submit this letter in anticipation of Mr. Gillespie's upcoming sentencing for violating conditions of supervised release.  On March 11, 2015, Mr. Gillespie pled guilty to Charge One of the violation report, which alleged that he violated the terms of his curfew on numerous occasions between December 31, 2014 and January 9, 2015.  The parties placed on the record their joint recommendation that Mr. Gillespie be sentenced to 9 months custody followed by two years supervised release.  The Court ordered the Probation Department to submit an updated memorandum and the defense to file its sentencing submission a week later.[1]

      Having received the updated probation report, the government stands by its recommendation of 9 months custody followed by two years supervised release.  In its updated report, the Probation Department, too, recommended a sentence of 9 months custody (in the middle of the advisory Guideline range of 6 to 12 months), followed by two years supervised release.  See "Report on Offender Under Supervision," ECF No. 57, p. 3.  Probation, however, recommended that Mr. Gillespie, upon completing his custodial sentence, spend an additional six months in a Residential Re-entry Center ("RRC").  *Id.* Among its concerns about where Mr. Gillespie resides was that his grandmother's residence, where he usually returns, is not "a suitable residence for supervision as he

---

[1] The sentencing was subsequently adjourned on consent at the defense's request based on defense counsel's trial schedule and a delay in receiving the probation update.  *See* Order dated April 6, 2015; ECF No. 58, Motion to Continue Sentencing dated April 4, 2015.

continues to make poor choices when he returns there." *Id.*, p. 2.

To address those concerns, the defense has proposed, as an alternative to Mr. Gillespie's grandmother's residence or the halfway house, that Mr. Gillespie be permitted to reside with his girlfriend and her aunt at their apartment on Putnam Avenue in Brooklyn. This setting, we believe, will provide more stability, guidance and support than the housing project apartment where Mr. Gillespie has been living up to this point.

Provided that it finds this residence suitable – a determination it expects to be able to make some time this week – the Probation Department is agreeable to Mr. Gillespie going there, instead of to an RRC, upon his release from custody. Thus, Probation now joins the government and the defense in recommending a sentence of nine months custody followed by two years supervised release. The defense respectfully requests that the Court impose this sentence, which we submit is appropriate and note is within the recommended Guideline range.

                                Respectfully Submitted,

                                /s/

                                Kannan Sundaram
                                Assistant Federal Defender

cc:    Michael P. Canty
        Assistant U.S. Attorney

        Michael P. Imrek
        U.S. Probation Officer