## CRIMINAL CAUSE FOR VOSR SENTENCING

**BEFORE:** JUDGE KIYO A. MATSUMOTO    **DATE:** 7/10/2015    **TIME:** 12:00p.m.- 1:15p.m.

**DOCKKET:** 11 CR 371 [KAM] USA V. Gillespie

**DEFENDANT NAME** Franklin Gillespie
  X  present  ___ not present    X  custody  ___ bail

**DEFENSE COUNSEL:** Kannan Sundaram
    X  present ___ not present    __ CJA  __ RET  X  LAS

**AUSA:** Michael Canty   **Deputy:** S. Jackson    **Court Reporter:** Anthony Frisolone

  X   CASE CALLED       X    DEFENDANT  X  Sworn   X   Informed of Rights

STATEMENTS OF DEFENDANT AND COUNSEL HEARD  X

DEFENDANT'S ENTERED PLEA OF GUILTY ON CHARGE (S) **1** of a the VIOLATION.

COURT ACCEPTS DEFENDANT'S PLEA OF GUILTY **X**

**DEFENDANT SENTENCED ON CHARGE(S): 1 OF THE VIOLATION OF SUPERVISION**

**IMPRISONMENT:** 9 months with credit for time served in custody since February 20, 2015, the date of his arrest.

**SUPERVISED RELEASE:** 2 years with special conditions.

**SPECIAL CONDITIONS OF SUPERVISION:**

I.   Mr. Gillespie shall not possess a firearm, ammunition or destructive device.

II.  Mr. Gillespie shall participate in a mental health program approved by the Probation Department, which may include anger management. Mr. Gillespie shall contribute to the costs of such services rendered and/ or any psychotropic medications prescribed to the degree he is able to pay. Mr. Gillespie shall disclose all financial information and documents to the Probation Department to assess his ability to pay.

III. Mr. Gillespie shall submit to testing to ensure abstinence from drugs and alcohol. If he returns a positive test, he may be ordered to participate in drug treatment or detoxification program approved by the Probation Department.

IV.  Mr. Gillespie shall maintain full-time verifiable employment or enroll in a full-time educational or vocational training program as directed by the Probation Department. During periods that Mr. Gillespie is unemployed or not enrolled in educational or vocational training, he shall participate in 15 hours of community service per week at a site to be determined by the Probation Department. The defendant shall cooperate in allowing the Probation Department to confirm the community service is completed.

V.   Mr. Gillespie shall submit his person, residence, place of business, vehicle, papers, computers, or other electronic communications or data storage device, to a search on the basis that the Probation Officer has a reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must be conducted in a reasonable manner and at a reasonable time. Mr. Gillespie's failure to submit to a search may be grounds for revocation. Mr. Gillespie shall inform any other residents that the premises may be subject to a search pursuant to this condition of his supervised release.

VI.  Except as provided herein, the standard conditions remain in effect.

**OTHER:** ✔ Transcript ordered        ✔ Deft advised of right to appeal.

✔ Govt shall arrange for the return of defendant's property, if any.

✔Remaining open Charge(s) 2, 3 and 4 are dismissed on the motion of the government